# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENIS BERGER p/k/a PVLACE, | ) | Case No: 2:22-CV-02469-SVW(JPRx) |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | [FRCP 41(a)(1)(A)(ii)] |
| | ) | |
| THE LUKER GROUP, LLC, a | ) | [Filed Concurrently with Stipulation for |
| Utah Limited Liability Company; | ) | Dismissal] |
| BROCK CAMERON LUKER, an | ) | |
| Individual, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| THE LUKER GROUP, LLC, a | ) | |
| Utah Limited Liability Company; | ) | |
| BROCK CAMERON LUKER, an | ) | |
| Individual, | ) | |
| | ) | |
| Counterclaimants, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DENIS BERGER p/k/a PVLACE | ) | |
| and ADAM FREEDMAN, | ) | |
| | ) | |
| Counter-Defendants. | ) | |

-1-

DENIS BERGER p/k/a PVLACE,               )
                                         )
          Cross-Claimant,                )
                                         )
     vs.                                 )
                                         )
ADAM FREEDMAN,                           )
                                         )
          Cross-Defendant.               )
                                         )

# [PROPOSED] ORDER

THE COURT, having considered the Stipulation of the Parties, rules as follows:

Pursuant to the above stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that this action, inclusive of all claims, cross-claims, and counterclaims are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorney fees.  The Clerk is directed to close the file.

Dated: March 20, 2023          _____
                               HONORABLE STEPHEN V. WILSON
                               JUDGE OF THE UNITED STATES DISTRICT
                               COURT